# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC67 | F5452455 | TERRAZAS | 2413 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 04/13/2025 16:36
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 36 CFR 261.52(e)

Place of Offense: EAST FORK RD/ANF

Offense Description: Factual Basis for Charge — HAZMAT ☐
BEING IN THE BRIDGE FIRE CLOSURE

### DEFENDANT INFORMATION
Last Name: COC BULUM
First Name: HILARIO

### APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court. See instructions.

MA

### APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT → $ _____ Total Collateral Due
www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: Roybal Federal Building and U.S. Courthouse
6th Floor Duty Courtroom
255 East Temple St, Los Angeles, CA 90012
Contact Court Clerk for VTC Appearance:

Date (mm/dd/yyyy): 07/02/2025
Time: 0830

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Hilario Coc

Original - CVB Copy

*F5452455*  FS-5300-4 (1/2021)

CVB SCAN 05/05/2025 14:57

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on APRIL 13, 2025 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/13/2025        [signature]
Date (mm/dd/yyyy)               Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    _____
Date (mm/dd/yyyy)               U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/05/2025 14:57